UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 11-00216 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL ANDREW WALLACE | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, MICHAEL ANDREW WALLACE, and adjudges him guilty of the offenses charged in Counts One and Four of the Indictment against him.

THUS DONE AND SIGNED this 20th day of October, 2011, at Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE